UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

M.G., a minor,

    Plaintiff,                           Case No.: 10-CV-12957

vs.                                       HON. MARK A. GOLDSMITH

COMMISSIONER OF
SOCIAL SECURITY,

    Defendant.
_____/

## ORDER ACCEPTING AND ADOPTING
## THE MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION
## TO GRANT MOTION FOR ATTORNEY FEES (DKT. 25)

This matter is presently before the Court on the Report and Recommendation ("R & R") of Magistrate Judge Laurie J. Michelson, issued on August 7, 2012. The Magistrate Judge recommends that the Plaintiff's Application for Attorney Fees Under the Equal Access to Justice Act be granted in the amount of $3,166.20. The parties have not filed objections to the R & R, and the time to do so has expired. Therefore, the parties have waived any right to challenge the R & R. Thomas v. Arn, 474 U.S. 140, 155 (1985). In any event, the Court has reviewed the R & R and finds that the Magistrate Judge has reached the correct result for the correct reasons. Accordingly, the Magistrate Judge's R & R is accepted and adopted as the findings and conclusions of the Court.

      SO ORDERED.

Dated: October 2, 2012                                  s/Mark A. Goldsmith
      Flint, Michigan                                      MARK A. GOLDSMITH
                                                     United States District Judge

**CERTIFICATE OF SERVICE**

      The undersigned certifies that the foregoing document was served upon counsel of record and any unrepresented parties via the Court's ECF System to their respective email or First Class U.S. mail addresses disclosed on the Notice of Electronic Filing on October 2, 2012.

                                                s/Deborah J. Goltz
                                                DEBORAH J. GOLTZ
                                                Case Manager